IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

PATTI J. BRADY )
 )
    Plaintiff, )
 )
v. ) Case No. 05-0065-CV-W-DW
 )
WAL-MART ASSOCIATES, INC. )
AND WAL-MART, INC., )
 )
    Defendants. )

ORDER

The record reflects that Plaintiff filed the Complaint in the above-styled action on January 20, 2005. (Doc. No. 1.) Since that date, however, Plaintiff has not served the defendants.. Because over 120 days have passed since the Complaint was filed, the Court dismisses this case without prejudice for lack of service. See FED. R. CIV. P. 4(m).

IT IS SO ORDERED

                                              /s/ DEAN WHIPPLE
                                                  Dean Whipple
                                          United States District Judge

DATE: November 22, 2005